UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KRISNER O. GREEN** | **CIVIL ACTION NO.:** |
| **VERSUS** | **SECTION: " "** |
| **PAN AMERICAN LABORATORIES, LLC** | **MAGISTRATE ( )** |

### COMPLAINT AND JURY DEMAND

     **COMES NOW** Plaintiff Krisner O. Green, through undersigned counsel, and files this complaint to obtain full and complete relief and to redress the unlawful employment practices described herein.

**I.  PRELIMINARY STATEMENT**

1. This action for employment discrimination and retaliation against Pan American Laboratories, LLC seeks declaratory, injunctive and equitable relief, back pay, reinstatement (or in lieu thereof, front pay), compensatory damages, punitive damages, attorney's fees, and costs for discrimination on the basis of race for its treatment of Krisner O. Green..

**II. JURISDICTION**

2. This action is brought pursuant to Title VII of the Civil Rights act of 1964, 42 U.S.C. § 2000e *et. seq*.

3. Jurisdiction is invoked over the federal claims pursuant to 28 U.S.C. § 1331. The Plaintiff has received his right-to-sue letter on or about June 11, 2011. 42 U.S.C. § 2000e-5(f).

4. Declaratory, injunctive, and equitable relief is sought pursuant to 42 U.S.C. 2000e-5(g).

**III. VENUE**

5. This action properly lies in the Eastern District of Louisiana because the claims arose while

Plaintiff was employed in St. Tammany Parish, Louisiana.

## IV. PARTIES

6. Plaintiff Krisner O. Green, (hereafter referred to as "Plaintiff" or "Green") is a United States citizen and a resident of the state of Louisiana. Plaintiff was an employee of Pan American Laboratories, LLC., from July 14, 2010 until he was terminated from his employment on September 13, 2010.

7. Pan American Laboratories, LLC (hereafter referred to as "Pan American") is a corporation authorized to do business in Louisiana and is an employer within the meaning of 42 U.S.C.§2000e.

## V. FACTS

8. Plaintiff was hired on June 14, 2010, by Pan American to work as an Inside Sales Representative.

9. During his employment, Green was subjected to racial remarks and a racially hostile work environment.

10. The company owner refers to black employees as "them" and "yall."

11. The company hung pictures in the hall depicting life in the 1800's. The only black person in the picture was a slave.

12. On September 7, 2010, an email was sent from Treneka Young to Green and four or five other people containing a link to an article in the local online newspaper. The article contained information regarding a local marijuana arrest that stated the street value of the marijuana seized from the arrest was worth over $36,000.00. Green replied by email that that was crazy and not possible. Other co-workers responded to this email, including Amanda Lyons, who is a Caucasian.

13. At the end of the workday on September 13, 2010, Green and two other African Americans were

terminated. The company gave as a reason for terminations that the email was not within the culture or beliefs of the company.

14. Lyons was not terminated for responding to this email. The reason given for the termination of Green was a pretext for discrimination based on his race.

15. The company failed to use progressive discipline when it terminated Green.

16.. The acts of Defendant were practiced with malice and/or reckless disregard to Plaintiff's federally protected rights.

17. At all times relevant to this complaint, Green was "qualified" for his job.

18. Defendant, by its actions, exercised a pattern and practice of race discrimination.

19.  As a direct result of the above acts of Defendant, Plaintiff has suffered pain and suffering, emotional distress, mental anguish, loss of reputation, embarrassment, and humiliation.

## VI. CAUSES OF ACTION

20. By the above acts, including terminating his employment,  the Defendant has violated Title VII of the Civil Rights Act of 1964, by discriminating against Plaintiff based on his race.

## VII. PRAYER FOR RELIEF

21. **WHEREFORE**, Green prays that this Court:

   a. Declare that the acts and practices complained of herein are in violation of United States law;

   b. Enjoin and permanently restrain Defendant from engaging in such unlawful practices;

   c. Award Plaintiff all earnings he did not receive because of Defendant's unlawful acts, including but not limited to back pay, pre-judgment interest, bonuses, pension,

and any other lost benefits;

      d. Reinstate Plaintiff to the position he would have occupied but for the Defendant's discriminatory treatment, or in lieu thereof, award Plaintiff front pay.

      e. Award Plaintiff compensatory damages for pain and suffering, emotional distress, mental anguish, loss of reputation, embarrassment, and humiliation;

      f. Award Plaintiff punitive damages;

      g. Award Plaintiff costs, expert witness fees, and attorney's fees;

      h. Grant Plaintiff any such relief as this Court may deem just and proper.

**VIII. JURY DEMAND**

22. Plaintiff Green demands trial by jury of all issues in this action.

                                               Respectfully Submitted,

                                               /s/ Victor R. Farrugia
                                               VICTOR R. FARRUGIA (#19324) T.A.
                                               Attorney At Law
                                               2010 Energy Centre
                                               1100 Poydras Street
                                               New Orleans, LA 70143
                                               Telephone: (504) 525-0250
                                               vrfarrugia@igc.org

**PLEASE SERVE:**
Pan American, LLC
c/o its agent for service of process:
ROBERT S. ROOTH
1100 POYDRAS ST., STE. 2300
NEW ORLEANS, LA 70163